IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THE POWELL COMPANY, INC.,

    Plaintiff,

v.

THE MCGAREY GROUP, LLC,

    Defendant.

CIVIL ACTION NO.

1:05-CV-2614-JEC

## ORDER

The above entitled action is presently before the Court on defendant's Motion to Transfer Case to the United States District Court for the Southern District of California [6] and defendant's Motion to Dismiss Amended Complaint [14].

IT IS HEREBY ORDERED that the Court **DENIES** defendant's Motion to Transfer Case to the United States District Court for the Southern District of California [6] and **DENIES WITHOUT PREJUDICE** defendant's Motion to Dismiss Amended Complaint [14].

SO ORDERED, this 24 day of JANUARY, 2006.

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE